1084

No. 92-6534. MARTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92-6603. ATWOOD v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 92-6636. YOUNGS v. TEXAS STATE DEPARTMENT OF HIGHWAYS AND PUBLIC TRANSPORTATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 92-6648. FARRELL v. MCDONOUGH. C. A. 7th Cir. Certiorari denied.

No. 92-6654. YORDAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92-6656. BALLARD v. PASKETT, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92-6662. SUDARSKY v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 92-6671. MEYERS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 92-6675. ROBERTS v. WESTERN MANAGEMENT SYSTEMS ET AL. C. A. 9th Cir. Certiorari denied.

No. 92-6677. WIGLEY v. ALFRED HUGHES UNIT ET AL. C. A. 5th Cir. Certiorari denied.

No. 92-6680. BRUNS v. THALACKER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 92-6682. BROWN v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92-6691. BARKSDALE-CONTRERAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92-6695. WHITEHEAD v. JENIFER ET AL. C. A. D. C. Cir. Certiorari denied.